527 A.2d 531

**COMMONWEALTH of Pennsylvania, GOVERNOR'S ENERGY COUNCIL, Appellant,**

v.

**AMERICAN ENERGY SERVICES, INC., Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1987.

Decided July 2, 1987.

Roger E. Clark, Harrisburg, for appellant.

C. Grainger Bowman, Harrisburg, for appellee.

## ORDER OF COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.